UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COZUMEL LEASING, LLC, a Delware limited liability company,

    Plaintiff,

v.                                      Case No: 2:15-cv-606-FtM-29MRM

INTERNATIONAL JETS, INC., a Washington corporation, DAVID KILCUP, an individual, ALDEN ANDRE, an individual, and AIRCRAFT SOLUTIONS, LLC, a Washington limited liability company,

    Defendants.

_____

**ORDER**

    This matter comes before the Court on review of defendant's Aircraft Solutions LLC's Motion to Dismiss Plaintiffs' Complaint for Lack of In Personam Jurisdiction and Incorporated Memorandum of Law (Doc. #7) filed on October 6, 2015. Also before the Court is International Jets, Inc. and David Kilcup's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer Venue (Doc. #11) and Memorandum in Support (Doc. #12), both filed on October 8, 2015, and Alden Andre's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer Venue (Doc. #16) and Memorandum in Support (Doc. #17), both filed on October 27, 2015. Plaintiff filed a Response (Doc.

#20) on January 26, 2016, to which Aircraft Solutions LLC filed a Reply (Doc. #22) on February 1, 2016.  The parties agree to transfer this case to the Western District of Washington because a substantial number of events giving rise to the causes of action occurred in Washington, the majority, if not all, of the defendants reside in Washington, and the majority of the witnesses and evidence are located in Washington.  (Docs. ##11, 16, 20, 22.)

Pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which *all parties have consented*."  28 U.S.C. § 1404(a)(emphasis added).  The parties have consented in this case to the transfer, and the Western District of Washington is otherwise a district wherein the case could have been brought. (Docs. ##11, 16, 20, 22.) The motions to transfer venue will be granted.

Accordingly, it is now

**ORDERED:**

1. Defendants, International Jets, Inc. and David Kilcup's Motion to Dismiss for Lack of Personal Jurisdiction or,

in the Alternative, Motion to Transfer Venue (Doc. #11) is **GRANTED in part.**

2. Defendant Alden Andre's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer Venue (Doc. #16) is **GRANTED in part.**

3. Defendant's Aircraft Solutions LLC's Motion to Dismiss Plaintiffs' Complaint for Lack of In Personam Jurisdiction and Incorporated Memorandum of Law (Doc. #7) is **DENIED as moot.**

4. The Clerk shall immediately transfer this case to the Western District of Washington for all further proceedings. The Clerk is further directed to terminate all deadlines and motions in the Fort Myers case and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record

3